UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JAYE, CINDY

        Plaintiff(s),

vs.

JAYE, CHRIS

        Defendant(s).

Case # 2:14-cv-00022-JAD-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

      Alphonse B. Dalimonte, Petitioner, respectfully represents to the Court:
      (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

      Dalimonte Law, PC
      (firm name)

with offices at   450 E. Saginaw Hwy
      (street address)

Grand Ledge, Michigan, 48837
(city)     (state)     (zip code)

(517) 627-7001, abdalimonte@gmail.com
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

      Cindy Jaye   to provide legal representation in connection with
      [client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3. That since ___May 7, 1976___, Petitioner has been and presently is a
   (date)
member in good standing of the bar of the highest Court of the State of __Michigan__
                                                                          (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court for the Western District of Michigan | May 8, 1978 | P25969 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N/A

7. That Petitioner is a member of good standing in the following Bar Associations:

State Bar of Michigan
United States District Court for the Western District of Michigan
Eaton County Bar Association
Ingham County Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 12/11

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Michigan         )
                          )
COUNTY OF ___Eaton___     )

___Alphonse B. Dalimonte___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

24TH day of December, 2013.

KELLY M. GILPATRICK
Notary Public, State of Michigan
County of Ingham
My Commission Expires Sep. 13, 2016
Acting in the County of Eaton

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO:

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Yvette Chevalier___, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___704 Chase Tree Street___
(street address)

___Las Vegas___, Nevada, ___89144___
(city)          (state)    (zip code)

___(702) 544-0085___, ___lawofficeyvettechevalier@gmail.com___
(area code + telephone number)    (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __Yvette Chevalier__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

__Cindy Faye__
(Party signature)

_____
(Party signature)

_____
(Party signature)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

__008739__       lawofficeofyvettechevalier@gmail.com
Bar number        Email address

APPROVED:

Dated: this 9th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | B-35 Federal Bldg. | 113 Federal Bldg. | 229 Federal Bldg. |
|---|---|---|---|
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

# CERTIFICATE OF GOOD STANDING

I, Tracey Cordes, Clerk of the United States District Court for the Western District of Michigan, do hereby certify that

**ALPHONSE B. DALIMONTE**

was duly admitted to practice in said Court on May 8, 1978

and is in good standing as a member of the bar of said Court.

Tracey Cordes, Clerk

Dated at Grand Rapids,
Michigan, on December 4, 2013

By: _____
Deputy Clerk